# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**SEAN ANTHONY WILSON,**

    *Plaintiff,*

v.                                      **Case No.: 5:25cv11-MW/MJF**

**SECRETARY OF DOC, et al.,**

    *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED without prejudice** for Plaintiff's failure to comply with Court Orders, failure to pay the filing fee, and failure to prosecute this action." The Clerk shall close the file.

**SO ORDERED on September 24, 2025.**

                **s/Mark E. Walker**
                **United States District Judge**